# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

148836

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DONALD MARCUS MOSHER,
    Defendant-Appellant.

SC: 148836
COA: 312996
Oakland CC: 2012-240118-FH

_____/

      On order of the Court, the application for leave to appeal the January 23, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

t0721